## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHICAGO INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 01 CV 2588 DAK |
| vs. ) | |
| ) | PLAINTIFF'S WITHDRAWAL |
| ) | OF DEMAND FOR JURY TRIAL |
| JAMES A. CAPWILL, et al., ) | ON COUNT I OF ITS COMPLAINT |
| ) | |
| Defendants. ) | |

NOW COMES, Plaintiff Chicago Insurance Co., and hereby withdraws its request for a jury trial on the matters for adjudication on its claim for Rescission, Count I of its Complaint, currently scheduled before this Court on August 10, 2010.

Respectfully submitted,

  /s/  Beth Ann Berger
Beth Ann Berger (*pro hac vice*)
Lewis Brisbois Bisgaard & Smith, LLP
550 W. Adams St., Suite 300
Chicago, Illinois 60661
Telephone:  (312) 345-1718
Facsimile:   (312) 345-1778

4811-4062-5670.1

**CERTIFICATE OF SERVICE**

The undersigned attorney states that on May 20, 2010 a copy of the above and foregoing Chicago Insurance Company's Withdrawal of Demand for Jury Trial on Count I of its Complaint, which will be sent to all parties by operation of the Court's electronic filing system. Parties and/or their counsel may access this filing through the Court's system.

/s/ Beth Ann Berger